

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00858-CV

Curtis Tyrone **WILLIAMS**,
Appellant

v.

Larmetrice **NUNNALLY-WILLIAMS**,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-13598
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We ORDER appellant Curtis Tyrone Williams to pay the costs of this appeal.

SIGNED April 24, 2024.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice